No. 02–735. BEVAN *v.* NBC NEWS BUREAUS, INC., ET AL. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 02–742. MEDICAL AIR TECHNOLOGY CORP. *v.* MARWAN INVESTMENT, INC., ET AL. C. A. 1st Cir. Certiorari denied.

No. 02–743. MCMAHON *v.* ALBANY UNIFIED SCHOOL DISTRICT ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 02–748. JOHNSON *v.* ADOPTION CENTER OF CHOICE ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–752. WESTAFF (USA) INC., AS ADMINISTRATOR OF THE WESTERN STAFF SERVICES EMPLOYEE HEATH PLAN, DBA WESTERN STAFF SERVICES *v.* ARCE. C. A. 9th Cir. Certiorari denied.

No. 02–753. WORLD CHURCH OF THE CREATOR *v.* TE-TA-MA TRUTH FOUNDATION-FAMILY OF URI, INC. C. A. 7th Cir. Certiorari denied.

No. 02–755. CITY OF GARLAND, TEXAS *v.* LARSON. C. A. 5th Cir. Certiorari denied.

No. 02–760. ARMADA OIL & GAS CO. ET AL. *v.* PDV MIDWEST REFINING, L. L. C., ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–761. ALVAREZ-PORTILLO *v.* ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 8th Cir. Certiorari denied.

No. 02–762. BANKS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–767. FAIRFAX NURSING HOME, INC. *v.* DEPARTMENT OF HEALTH AND HUMAN SERVICES. C. A. 7th Cir. Certiorari denied.

No. 02–769. BOWLER *v.* POTTER, POSTMASTER GENERAL. C. A. 8th Cir. Certiorari denied.

No. 02–775. KEANE, SUPERINTENDENT, WOODBURNE CORRECTIONAL FACILITY *v.* ERAZO. C. A. 2d Cir. Certiorari denied.